HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD BANGO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PIERCE COUNTY, WASHINGTON, <br><br> Defendant. | CASE NO. C17-6002 RBL <br><br> ORDER |

THIS MATTER is before the Court on Magistrate Judge Christel's Report and Recommendation [Dkt. #41], recommending that the Court grant Defendants' Motion to Dismiss [Dkt. # 27]. The Court has also reviewed Plaintiffs' objections [Dkt. # 42] to a portion of the R&R they claim is (incorrect) *dicta*.

1. The Report and Recommendation regarding dismissal is **ADOPTED,** and plaintiffs' complaint is **DISMISSED without prejudice.**
2. Plaintiffs' objection to the *dicta* portion of the R&R (regarding entitlement post–incarceration medication under *Wakefield v. Thompson,* 177 F. 3d 1160 (9th Cir. 1999)) is well-taken, though as they concede it is not part the holding. This Court does *not adopt* that portion of the R & R.

ORDER - 1

3. The Clerk shall send copies of this Order to Plaintiff, Defendants' counsel, and to United States Magistrate Judge Christel.

IT IS SO ORDERED.

Dated this 7th day of May, 2018.

_____
Ronald B. Leighton
United States District Judge