Judge Ronald B. Leighton
Magistrate Judge David W. Christel

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD BANGO and SCOTT BAILEY, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

PIERCE COUNTY, WASHINGTON; PIERCE COUNTY SHERIFF'S DEPARTMENT,

Defendants.

No. 3:17-cv-06002-RBL-DWC

PLAINTIFFS' MOTION FOR CLARIFICATION/RECONSIDERATION AND RELIEF FROM JUDGMENT

NOTE ON MOTION CALENDAR: MAY 11TH, 2018

## I. INTRODUCTION

COME NOW Plaintiffs Donald Bango ("Bango") and Scott Bailey ("Bailey") (collectively "Plaintiffs"), by and through their below attorneys of records, and request the Court clarify the Order on Magistrate Judge David W. Christel's Report and Recommendation [Dkt. #43]. Magistrate Judge Christel recommended granting Defendants Pierce County and Pierce County Sheriff's Department's (collectively "Defendants") Motion for 12(b)(1) Dismissal Regarding Administration of Psychiatric Medication to Outgoing Inmates ("Motion

PLAINTIFFS' MOTION FOR CLARIFICATION/RECONSIDERATION AND RELIEF – PAGE 1
NO. 3:17-CV-06002-RBL-DWC

AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184

to Dismiss") [Dkt. #41]. In its May 7, 2018 Order, the Court states, "[t]he Report and Recommendation regarding dismissal is **ADOPTED**, and plaintiffs' *complaint* is **DISMISSED without prejudice**." *See* Dkt. #43 at ¶1 (emphasis added). The May 7, 2018 Order triggered the issuance of a judgment on May 10, 2018. Dkt. #44. However, the scope of Defendants' Motion to Dismiss was limited to one issue: whether Plaintiffs have Article III standing to bring their administration of psychiatric medication upon release claim. *See* Dkt. #27; *see also* Magistrate Judge Christel's Recommendation and Report at Dkt. #41. Because Defendants sought no other relief and the Recommendation and Report is limited to one (1) of seven (7) claims raised in the Complaint, Plaintiffs respectfully request that the Court clarify and/or reconsider the Order of May 7, 2018, and provide relief from judgment. Further, Plaintiffs request that the Court clarify that Pierce County Sheriff's Department remains a Defendant in this action, *see* Dkt. #39, although the only Defendant listed in the heading of the Court's May 7, 2018 Order is Pierce County. *See* Dkt. #43.

## II. ARGUMENT

"The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice." *See* Fed. R. Civ. P. 60(a). Further, the court may relieve a party from judgment based on mistake or inadvertence. *See* Fed. R. Civ. P. 60(b). Here, Plaintiffs believe the Court intended to only dismiss the claim that was the subject of Defendants' Motion to Dismiss, and not the entire Complaint. To that extent, Plaintiffs seek clarification and correction of the May 7, 2018 Order to reflect that only the administration of psychiatric medication upon release claim has been dismissed, and that the

PLAINTIFFS' MOTION FOR
CLARIFICATION/RECONSIDERATION
AND RELIEF – PAGE 2
NO. 3:17-CV-06002-RBL-DWC

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184

other claims remain before the Court. Further, Plaintiffs seek relief from the judgment triggered by the May 7, 2018 Order. Finally, Plaintiffs seek clarification and correction of the Order to reflect that Pierce County Sheriff's Department remains a Defendant in this action.

### III. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request the Court clarify and/or reconsider the Order on Defendants' Motion to Dismiss and provide relief from judgment.

Respectfully submitted this 11th day of May, 2018.

By     */s/ Antoinette M. Davis*
Antoinette M. Davis, WSBA #29821
tdavis@aclu-wa.org
Jessica Wolfe, WSBA #52068
jwolfe@aclu-wa.org
American Civil Liberties Union of Washington Foundation
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
206-624-2184

By     */s/ Salvador A. Mungia*
Salvador A. Mungia, WSBA #14807
smungia@gth-law.com
Janelle Chase-Fazio, WSBA #51254
jchasefazio@gth-law.co
Gordon Thomas Honeywell LLP
1201 Pacific Ave., Ste. 2100
Tacoma, WA 98402

PLAINTIFFS' MOTION FOR CLARIFICATION/RECONSIDERATION AND RELIEF – PAGE 3
NO. 3:17-CV-06002-RBL-DWC

AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184

# I. CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2018, I electronically filed the foregoing and the attached *Proposed Order* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Michelle Luna-Green, WSBA #27088
Deputy Prosecuting Attorney
Pierce County Prosecuting Attorney's Office
955 Tacoma Avenue South, Suite 301
Tacoma, WA 98402-2160
Phone: 253-798-6380
Fax: 253-798-6713
Email: mluna@co.pierce.wa.us

Frank Cornelius, WSBA #29590
Deputy Prosecuting Attorney
Pierce County Prosecuting Attorney's Office
955 Tacoma Avenue South, Suite 301
Tacoma, WA 98402-2160
Phone: 253-798-6514
Fax: 253-798-6713
E-mail: fcornel@co.pierce.wa.us

*/s/ Kaya McRuer*
Kaya McRuer, Legal Assistant
American Civil Liberties Union of Washington Foundation
901 Fifth Avenue, Suite 630
Seattle, Washington 98164

PLAINTIFFS' MOTION FOR CLARIFICATION/RECONSIDERATION AND RELIEF – PAGE 4
NO. 3:17-CV-06002-RBL-DWC

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184