JUDGE RONALD B. LEIGHTON
MAGISTRATE JUDGE DAVID W. CHRISTEL

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD BANGO and SCOTT BAILEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PIERCE COUNTY, WASHINGTON; BRUCE DAMMEIER, in his official capacity as Pierce County Executive; PIERCE COUNTY SHERIFF'S DEPARTMENT; PAUL A. PASTOR, in his official capacity as Pierce County Sheriff; PATTI JACKSON-KIDDER, in her official capacity as the Pierce County Chief of Corrections; JANET RHOTON, in her official capacity as the Pierce County Jail Mental Health Manager, and their officers, agents, employees, and successors,<br><br>Defendants. | No. 3:17-cv-06002-RBL-DWC<br><br>ORDER FOR CLARIFICATION/ RECONSIDERATION AND RELIEF FROM JUDGEMENT |

THIS MATTER having come before the Court on Plaintiff Donald Bango and Plaintiff Scott Bailey's (collectively "Plaintiffs") Motion for Clarification/Reconsideration and Relief from Judgment, by and through their attorneys of record, and the Court having reviewed the motion and being fully advised, now therefore,

ORDER FOR CLARIFICATION/
RECONSIDERATION AND RELIEF FROM
JUDGEMENT - 1
3:17-cv-06002-RBL-DWC

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184

1   IT IS HEREBY ORDERED that the judgment entered and dismissal of this case was
2   inadvertent administrative error;
3   IT IS FURTHER HEREBY ORDERED that Plaintiffs' Complaint is not dismissed;
4   IT IS FURTHER HEREBY ORDERED that only Plaintiffs' release without psychiatric
5   medication claim is dismissed without prejudice for lack of Article III standing, but all other
6   claims outlined in Plaintiffs' Complaint remain in this case;
7   IT IS FURTHER HEREBY ORDERED that Pierce County Sheriff's Department has not
8   been dismissed and remains a Defendant in this case;
9   IT IS FURTHER HEREBY ORDERED that the Clerk of the Court is directed to
10  immediately reopen this case; and
11  IT IS FURTHER HEREBY ORDERED that the Clerk of the Court is directed to amend
12  the case caption to reflect Pierce County Sheriff's Department as a Defendant in this case.

SO ORDERED this 15th day of May, 2018.

*(signature)*

Ronald B. Leighton
United States District Judge

ORDER FOR CLARIFICATION/
RECONSIDERATION AND RELIEF FROM
JUDGEMENT - 2
3:17-cv-06002-RBL-DWC

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184

Presented by:

By  */s/ Antoinette M. Davis*　　　　　By  */s/ Salvador A. Mungia*
　　Antoinette M. Davis, WSBA #29821　　　Salvador A. Mungia, WSBA #14807
　　tdavis@aclu-wa.org　　　　　　　　　　smungia@gth-law.com
　　Jessica Wolfe, WSBA #52068　　　　　　Janelle Chase-Fazio, WSBA #51254
　　jwolfe@aclu-wa.org　　　　　　　　　　jchasefazio@gth-law.co
　　American Civil Liberties Union of　　　Gordon Thomas Honeywell LLP
　　Washington Foundation　　　　　　　　1201 Pacific Ave., Ste. 2100
　　901 Fifth Avenue, Suite 630　　　　　　Tacoma, WA 98402
　　Seattle, Washington 98164

　　Attorneys for Plaintiffs　　　　　　　　Attorneys for Plaintiffs