JUDGE RONALD B. LEIGHTON
MAGISTRATE JUDGE DAVID W. CHRISTEL

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD BANGO and SCOTT BAILEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PIERCE COUNTY, WASHINGTON, PIERCE COUNTY SHERIFF'S DEPARTMENT,<br><br>Defendants. | No. 3:17-cv-06002-RBL-DWC<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE of the appearance in this litigation of the undersigned counsel, Eunice Hyunhye Cho, on behalf of Plaintiffs Donald Bango and Scott Bailey. Copies of all documents and pleadings with regard to this litigation are to be served on the undersigned counsel.

DATED this 9th day of July, 2018.

Respectfully submitted,

By: */s/* Eunice Hyunhye Cho
Eunice Hyunhye Cho, WSBA #53711
echo@aclu-wa.org
Antoinette M. Davis, WSBA #29821

Notice of Appearance - 1
3:17-cv-06002-RBL-DWC

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184

1
2
3
4
5
6
7
8
9

tdavis@aclu-wa.org
Jessica Wolfe, WSBA #52068
jwolfe@aclu-wa.org
AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
Telephone: (206) 624-2184

Salvador A. Mungia, WSBA #14807
smungia@gth-law.com
Janelle Chase-Fazio, WSBA #51254
jchasefazio@gth-law.co
Gordon Thomas Honeywell LLP
1201 Pacific Ave., Ste. 2100
Tacoma, WA 98402

*Attorneys for Plaintiffs.*

Notice of Appearance - 2
3:17-cv-06002-RBL-DWC

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184

## CERTIFICATE OF SERVICE

I hereby certify that on July 9th, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Michelle Luna-Green, WSBA No. 27088
Email: mluna@co.pierce.wa.us
Frank Cornelius, WSBA No. 29590
Email: fcornel@co.pierce.wa.us
*Counsel for Defendants*

DATED: July 9th, 2018, at Seattle, Washington

*/s/Kaya McRuer*

Kaya McRuer, Legal Assistant
ACLU of Washington Foundation

CERTIFICATE OF SERVICE
3:17-cv-06002-RBL-DWC

AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 FIFTH AVENUE #630
SEATTLE, WA 98164
(206) 624-2184